UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:20 CR 007 PPS-JEM |
| | ) | |
| LORENZO JOHNSON | ) | |

<u>JOINT PROPOSED STATEMENT OF THE CASE</u>

The Indictment in this case charges defendant Lorenzo Johnson with conspiracy to produce child pornography, distribution of child pornography, and possession of a firearm by a convicted felon. Johnson has pleaded not guilty to the charge.

Respectfully submitted,

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

BY:   */s/Molly Kelley*
Molly Kelley
Abizer Zanzi
Assistant United States Attorneys

Ed Palomo
Department of Justice Trial Attorney

*/s/Adam Tavitas*
Adam Tavitas
Counsel for Defendant

1