# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO: 2:20 CR 7 |
| | ) | |
| LORENZO JOHNSON | ) | |

## CIRCUIT RULE 3 (C)(1) DOCKETING STATEMENT

Comes now the Defendant, Lorenzo Johnson, by counsel Adam Tavitas, and represents the following to the Court:

1. On August 16, 2021, Lorenzo Johnson was convicted by jury of having committed the following federal criminal offenses: Counts 1-3 Conspiracy to Produce Child Pornography in violation of 18 U.S.C. 2251(a), Count 6 Distribution of Child Pornography in violation of 18 U.S.C. 2252(a)(2) and Count 7 Felon in Possession of a Firearm in violation of 18 U.S.C. 922(g)(1).

2. On December 17, 2021 Lorenzo Johnson was committed to the custody of the Bureau of Prisons to be imprisoned for a term of 600 months for counts 1-3, 480 months for count 6, and 120 months for count 7. All to be served concurrently.

3. Lorenzo Johnson appeals from a Judgment in a Criminal Case and Sentence imposed thereon and entered of record on the District Court's docket on December 17, 2021.

4. On December 18, 2021 Lorenzo Johnson filed his Notice of Appeal with the Clerk of the United States District Court for the Northern District of Indiana, Hammond Division.

5. The District Court's jurisdiction is based on Title 18, United States Code 3231giving District Courts of the United States original jurisdiction, exclusive of the courts of the States, of all offenses against the laws of the United States.

6. The Seventh Circuit Court of Appeals jurisdiction is based on Title 28, United States Code 1291, which give Appellate Courts jurisdiction of appeals from final decisions of District Courts and Title 18, United States Code 3742(a) which gives Court of Appeals jurisdiction in appeals from sentences for offenses occurring after November 1, 1987.

7. Lorenzo Johnson is currently incarcerated by the Federal Bureau of Prisons at the Hammond Jail, 509 Douglas Street, Hammond, IN 46320, waiting to be designated to a federal institution.

      WHEREFORE, defendant Lorenzo Johnson respectfully requests that this Circuit Rule 3 (C)(1) Docketing Statement to be properly filed with the Court and entered of record along with Defendant's Notice of Appeal filed December 18, 2021.

Respectfully submitted,

/S/ Adam Tavitas
Adam Tavitas #18451-53
751 E. Porter Avenue, Suite 3
Chesterton, IN 46304
219-677-9220
*Attorney for Defendant Lorenzo Johnson*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO: 2:20 CR 7 |
| | ) | |
| LORENZO JOHNSON | ) | |

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2021, I electronically filed a complete copy of the Docketing Statement with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

AUSA Molly Kelly, Molly.Kelly@usdoj.gov

/s/ Adam Tavitas
Adam Tavitas #18451-53
751 E. Porter Avenue, Suite 3
Chesterton, IN 46304
219-677-9220
*Counsel for Defendant Lorenzo Johnson*